Case 1:02-cv-02917-JEI   Document 667   Filed 03/02/15   Page 1 of 2 PageID: 22227
Case 15-41404    Doc 177-1    Filed 07/06/15    Entered 07/06/15 16:40:19    Exhibit A -
Order re class counsel    Pg 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK BRADY, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>AIRLINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>      Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 02-2917<br>     (JEI/KMW)<br><br>**ORDER STRIKING THEODORE CASE'S OBJECTION**<br>**(Docket No. 664)** |

**APPEARANCES:**

SCHNADER HARRISON SEGAL & LEWIS LLP
By: Nicole M. Acchione, Esq.
    Lisa J. Rodriguez, Esq.
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
    Counsel for Plaintiffs

JACOBSON PRESS & FIELDS, P.C.
By: Allen P. Press, Esq.
    Joe D. Jacobson, Esq.
168 North Meramec Avenue, Suite 150
Clayton, MO 63105
    Counsel for Plaintiffs

ARCHER & GREINER, P.C.
By: John C. Connell, Esq.
One Centennial Square
Hadonfield, NJ 08033
    Counsel for Air Line Pilots Association, International

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
By: Jay Cohen, Esq.
    Daniel J. Toal, Esq.
1285 Avenue of the Americas
New York, NY 10019
    Counsel for Air Line Pilots Association, International

**IRENAS**, Senior District Judge:

This matter having appeared before the Court upon the Objection of Class Representative Theodore Case (Docket No. 664) to class counsel's Corrected Notice of Change of Law Firm and Address (Docket No. 662); class counsel having filed a motion to strike Mr. Case's Objection and expunge the Objection from the record (Docket No. 666); the Court having reviewed both parties' submissions; the Third Circuit, to which Mr. Case appealed certain aspects of this case, having rejected the same objection due to Mr. Case's lack of standing (Docket No. 666-1); and for good cause appearing:

IT IS on this 2nd day of March, 2015,

    **ORDERED THAT:**

(1) Class representative Theodore Case's Objection (Docket No. 664) is hereby **STRICKEN**.

(2) Class Counsel's request that the Court expunge Mr. Case's Objection from the record is hereby **DENIED**.

(3) Attorneys Allen P. Press and Joe D. Jacobson, and the law firm Jacobson Press & Fields, P.C. (together with Schnader Harrison Segal & Lewis LLP), shall continue to serve as designated class counsel in this case.

                                s/ Joseph E. Irenas
                              **Joseph E. Irenas, S.U.S.D.J.**