

# INVOICE

Jacobson Press & Fields, P.C.
168 N. Meramec Ave., Suite 150
Clayton, MO 63105
Tax ID: 47-2687878

| | |
|---|---|
| *Invoice #* | **449** |
| *Invoice Date* | Jul 06, 2015 |
| *Matter #* | 147.001 |
| *Terms* | Due Upon Receipt |

**Re: Class Action Against ALPA**

**Bill To:**

TWA Pilots
Attn: Howard Hollander
c/o Allen Press
Clayton, MO 63105

| Date | Staff | Description | Hour | Amount |
|---|---|---|---|---|
| | | **Fees** (January 2015-April 2015) | | |
| Jan 21, 2015 | JDJ | Review Cureton list for appendix; emails with Nicole Acchione; | 0.67 | $420.00 |
| Jan 28, 2015 | JDJ | Begin review of Cureton appeal brief; | 1 | $630.00 |
| Jan 29, 2015 | JDJ | Review Cureton appeal brief; | 0.75 | $472.50 |
| Feb 03, 2015 | JDJ | Draft change of counsel; review and revise change of counsel pleadings prepared by co-counsel; conference with APP; | 0.5 | No Charge |
| Feb 03, 2015 | APP | Tel conf. with H.Coldwell re claimed increased distribution; research re same; tel. conf. with N. Achionne re same | 0.75 | No Charge |
| Feb 12, 2015 | JDJ | Prepare and file entry of appearance in Cureton appeal (included dealing with Java issues with 3rd Circuit's website); | 0.5 | $315.00 |
| Feb 17, 2015 | APP | Review Ted Case objection to our entry of appearance and collect emails to | 1 | No Charge |

| Date | Staff | Description | Hour | Amount |
|---|---|---|---|---|
| | | refute his claims | | |
| Feb 17, 2015 | JDJ | Review and revise Ted Case opposition to motion to substitute counsel; conference with APP; | 0.5 | No Charge |
| Feb 18, 2015 | APP | Consider response to Ted Case's objection to our entry of appearance; tel. conf. with Case re same; prepare email to clients re status of same. | 1.5 | No Charge |
| Feb 20, 2015 | JDJ | Telephone conference with class member; | 0.25 | No Charge |
| Feb 23, 2015 | APP | Work on opposition to Case's objection | 1.5 | No Charge |
| Feb 23, 2015 | JDJ | Receive and review Case appeal brief; | 2.75 | $1,732.50 |
| Feb 24, 2015 | APP | Work on Case objection | 0.75 | No Charge |
| Feb 24, 2015 | JDJ | Teleconference with class member; | 0.17 | No Charge |
| Mar 05, 2015 | JDJ | Correspondence with Lisa Rodriguez re appellee brief; | 0.25 | $87.50 |
| Mar 06, 2015 | APP | Tel. conf. with co-counsel re status and strategy | 0.25 | No Charge |
| Mar 11, 2015 | JDJ | Working on appeal brief; | 3.5 | $2,205.00 |
| Mar 12, 2015 | JDJ | Drafting brief; | 1.5 | $945.00 |
| Mar 12, 2015 | JDJ | Working on appeal brief; | 2.75 | $1,732.50 |
| Mar 13, 2015 | JDJ | Working on appeal brief; | 0.75 | $472.50 |
| Mar 14, 2015 | JDJ | Working on appeal brief statement of facts; | 2 | $1,260.00 |
| Mar 16, 2015 | JDJ | Drafting fact section of brief; some legal research; email correspondence regarding Supplemental Appendix; | 5.5 | $3,465.00 |
| Mar 17, 2015 | JDJ | Complete drafting and revising statement of facts; additional legal research; email correspondence with co-counsel re supplemental appendix; | 5.5 | $3,465.00 |
| Mar 18, 2015 | JDJ | Drafting appeal brief, including legal research; | 3.5 | $2,205.00 |
| Mar 19, 2015 | JDJ | Reviewing and revising appeal brief draft; | 2 | $1,260.00 |

| Date | Staff | Description | Hour | Amount |
|---|---|---|---|---|
| Mar 20, 2015 | JDJ | Review and revise draft brief; | 1.5 | $945.00 |
| Mar 20, 2015 | JDJ | Continue drafting appeal brief; additional legal research; | 9.25 | $5,827.50 |
| Mar 21, 2015 | JDJ | Drafting appellees brief; additional legal research; review and revise draft; forward draft to co-counsel for review; | 9 | $5,670.00 |
| Mar 23, 2015 | JDJ | Receive emails from co-counsel re draft brief; conference with APP; telephone call with Lisa Rodriguez; | 0.5 | $315.00 |
| Mar 23, 2015 | APP | Work on appellate brief | 1 | $630.00 |
| Mar 24, 2015 | APP | Work on appellate brief | 1 | $630.00 |
| Mar 24, 2015 | JDJ | Reviewing and revising brief; incorporating edits and suggestions from co-counsel; telephone conference with Ira Richards; proofread brief; begin preparation of table of authorities; circulate revised brief; | 9.5 | $5,985.00 |
| Mar 24, 2015 | JDJ | Telephone conference with Ira Richards re additional brief edits; prepare table of contents; prepare certifications; proof and lightly revise entire brief; | 2.5 | $1,575.00 |
| Mar 25, 2015 | JDJ | Review and revise draft brief; telephone conference with Ira Richards re additional changes; | 3 | $1,890.00 |
| Mar 26, 2015 | JDJ | Incorporate APP's correction in brief; final proofreading of brief; | 3 | $1,890.00 |
| Mar 26, 2015 | JDJ | Review and revise draft brief, incorporating co-counsel comments, changes, and corrections; email to all co-counsel forwarding revised draft for final review; emails with Nicole Acchione re brief; | 5.75 | $3,622.50 |
| Mar 26, 2015 | APP | Work on appellate brief | 1.5 | $945.00 |
| Mar 26, 2015 | JDJ | Incorporating corrections supplied by other counsel; | 1 | $630.00 |
| Mar 30, 2015 | JDJ | Receive and review ALPA's brief; | 0.1 | $63.00 |
| Apr 01, 2015 | JDJ | Receive and review ALPA brief; | 0.2 | $126.00 |
| Apr 09, 2015 | JDJ | Telephone inquiry from class member | 0.5 | No Charge |

| Date | Staff | Description | Hour | Amount |
|---|---|---|---|---|
| | | Dennis Kennedy; research response regarding calculation of his award; follow up telephone call; | | |

|  |  |
|---|---:|
| Total Fees | $51,411.50 |
| Total Expenses | $0.00 |
| Sub Total | $51,411.50 |
| Previous Balance | $0.00 |
| **Total** | **$51,411.50** |

**Please Pay : $51,411.50**

### Timekeeper Summary

| Timekeeper | Hours | Fee Billed |
|---|---|---|
| JDJ - Joe Jacobson [Partner] | 80.13 h | $49,206.50 |
| APP - Allen Press [Partner] | 9.25 h | $2,205.00 |
| **Total** | **89.38 h** | **$51,411.50** |

### Payments (As of 7/6/2015)

| Date | Invoice# | Amount |
|---|---|---|
| **Total** | | **$0.00** |

Total billed including this invoice $51411.50 (Fees: $51411.50, Expenses: $0)