**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GREEN JACOBSON, P.C., | ) | In Proceedings Under Chapter 7 |
| | ) | |
| Debtor. | ) | Case No. 15-41404-705 |
| | ) | |
| DAVID A. SOSNE, Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 15-04160-705 |
| | ) | |
| MARTIN M. GREEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT JUDGMENT**

WHEREAS, Plaintiff David A. Sosne, Chapter 7 Trustee for Green Jacobson, P.C. ("Plaintiff") and Defendants Jonathan Andres ("Andres") and Jonathan F. Andres, PC ("JFA", and collectively with Andres, "Defendants") entered into a Settlement Agreement (the "Settlement Agreement") previously approved by this Court in the underlying bankruptcy case of Green Jacobson, P.C. (the "Debtor");

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED that, by consent, judgment is entered in favor of Plaintiff, and against Defendants, jointly and severally, in the amount of Seventy Five Thousand Dollars and No. Cents ($75,000.00); and it is further

ORDERED, ADJUDGED and DECREED that Plaintiff is entitled to an award of reasonable attorneys' fees, collection costs and expenses incurred in enforcing/collecting under the Settlement Agreement; and it is further

EXHIBIT A

ORDERED, ADJUDGED and DECREED that interest shall accrue at the rate of seven percent (7%) per annum on the full outstanding balance due under this Consent Judgment from the entry of this Consent Judgment; and it is further

ORDERED, ADJUDGED and DECREED that Plaintiff may immediately commence execution on this Judgment.; and it is further

ORDERED, ADJUDGED and DECREED that, to assist with the satisfaction of Defendants' monetary obligations mandated by this Consent Judgment, Defendants shall pay to Plaintiff thirty-three percent (33%) of all fees and expenses collected on account of each and every case in which Defendants possess a financial/fee interest, now or in the future, within five (5) business days of receipt of each fee/reimbursement, until this Consent Judgment is paid in full; and it is further

ORDERED, ADJUDGED and DECREED that, notwithstanding the foregoing, this Consent Judgment shall be and hereby is secured by Defendants' respective interests in any and all contingent and/or unpaid attorneys' fees and expenses and all other receivables, (the "Collateral") in accordance with that certain Security Agreement by and between the Plaintiff and Defendants; and it is further

ORDERED, ADJUDGED and DECREED that Defendants shall execute such assignments or other documents necessary to grant Plaintiff with a security interest in the Collateral and shall abide by all monetary and non-monetary obligations contained in the Settlement Agreement.

_____   _____
Jonathan Andres                                                  David A. Sosne, Chapter 7 Trustee for the
                                                                                 bankruptcy estate of Green Jacobson, P.C.

JONATHAN F. ANDRES  P.C.

By:  _____

Its: _____

                              SUMMERS COMPTON WELLS LLC

                              By:  /s/ Daniel J. Welsh
                                     DANIEL J. WELSH    #49765MO
                                     8909 Ladue Road
                                   St. Louis, MO 63124
                                   (314) 991-4999
                                   Fax No. (314) 991-2413
                                   dwelsh@summerscomptonwells.com
                                   Attorneys for Plaintiff

Date: _____            _____
                                           CHARLES E. RENDLEN, III
                                           United States Bankruptcy Judge