# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 18-1134
_____

In re: Green Jacobson, P.C.

Debtor

------------------------------

David P. Oetting

Appellant

v.

David A. Sosne; SKMDV Holdings, Inc.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-01906-HEA)
_____

**JUDGMENT**

Before LOKEN, BENTON and SHEPHERD, Circuit Judges.

      This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

      After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

December 28, 2018

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans