UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 15-41404-705 |
| | ) Honorable Charles E. Rendlen, III |
| GREEN JACOBSON, P.C., | ) Chapter 7 |
| | ) |
| Debtor. | ) |

**NOTICE TO THE BANKRUPTCY COURT**
**OF DEPOSIT OF FUNDS PURSUANT TO EIGHTH CIRCUIT DECISION**

COMES NOW David A. Sosne ("Trustee"), Chapter 7 Trustee for the bankruptcy estate of Green Jacobson, P.C., by and through counsel, and for his Notice to the Bankruptcy Court states as follows:

1. On December 28, 2018, the Eighth Circuit Court of Appeals filed its decision in the matter of *Oetting v. Sosne*, et al., No. 18-1134 ("Appellate Decision"), involving the United States District Court's dismissal of the appeal of David Oetting, NationsBank Class Representative's of this Court's dismissal of his Claim 1-1 and 1-2 filed in this bankruptcy case.[1]

2. The Appellate Decision (at page 10) directs David Sosne, Trustee to "immediately tender the $98,114.34 unreturned supplemental fee award, together with interest at the post-judgment rate from January 8, 2015, to the district court Clerk for deposit into the NationsBank settlement fund. The Bankruptcy Court is directed to remove the Trustee if he does not comply with this directive within thirty days."

3. In accordance with the Appellate Decision, on January 16, 2019, the Trustee tendered for deposit to the district court Clerk a total of $99,108.70, representing the $98,114.34 fee award plus interest at the post-judgment rate from January 8, 2015 ($994.36) for deposit in

---

[1] On January 9, 2019, David Sosne, Trustee filed his Petition for Panel Rehearing of the Appellate Decision, which has not yet been ruled upon. As of the filing of this Notice, no mandate from the Appellate Court has issued.

the NationsBank settlement fund. Accordingly, Trustee believes he has fully and timely complied with the Appellate Court's aforesaid directive.

Respectfully Submitted,

SUMMERS COMPTON WELLS LLC

Date: January 16, 2019   By: /s/ Stephen C. Hiotis
Stephen C. Hiotis, #30840MO
Attorney for Trustee
8909 Ladue Road
St. Louis, MO 63124
(314) 991-4999/(314) 991-2413 Fax
trusteeatty@summerscomptonwells.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on January 16, 2019 with the United States Bankruptcy Court for the Eastern District of Missouri and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

Date: January 16, 2019   /s/ Marquita Monroe

2167115-1                                2