UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15-41404-705 |
| | ) | |
| GREEN JACOBSON, P.C., | ) | Hon. Charles E. Rendlen |
| | ) | |
| Debtor. | ) | Chapter 7 |

**NOTICE OF REPORT OF ADMINISTRATOR OF
GREEN JACOBSON QUALIFIED SETTLEMENT TRUST
FOR THE PERIOD OF SEPTEMBER 2018 THROUGH JANUARY 2019**

COMES NOW, Seth A. Albin, the Administrator of the Green Jacobson Qualified Settlement Trust (the "QSF Trust") states to the Court as follows:

1. On or about December 19, 2017, this Court entered an Order Authorizing Interim Distribution by Chapter 7 Estate to Qualified Settlement Fund (See Docket # 493), in which the Court authorized the Chapter 7 Trustee to execute the Green Jacobson QSF Trust Agreement (the "QSF Trust Agreement"), which created the Green Jacobson QSF Trust and transfer the sum of $2,500,000.00 to the QSF Trust.

2. Pursuant to Section 3.02 of the QSF Trust Agreement, the Administrator of the QSF Trust to file a report in the instant case showing all receipts and expenditures made to or from the QSF Trust.

3. After entry of the Order and execution of the QSF Trust Agreement, the Administrator opened a general checking bank account with Union Bank, which was assigned an Account Number ending in 4983 (the "Union Bank Checking Account").

4. On December 27, 2017, the Chapter 7 Trustee caused the sum of $2,550,000.00 to be wired into the Union Bank Checking Account.

5. In order to guaranty the safety of the funds and after consultation with the Chapter 7 Trustee and counsel for SKMDV, the Administrator made arrangements to purchase United States Treasury bills in the amount of $2,400,000.00 through UnionBank Investment Services (the "T-Bill Account").

6. The Administrator previously filed a report covering activities during the period of December 2017 through August 2018. This report covers the period of activity from September 2018 through January 2019.

7. On or about, December 7, 2018, the Trustee transferred the sum of $818,352.00, which the Administrator deposited into the Union Bank Checking Account.

8. On or about December 8, 2018, the Administrator purchased additional Treasury bills in the amount of $700,000 with the same maturity date as the other Treasury bills, which increased the total amount of Treasury bills purchased to $3,100,000.00

9. SKMDV filed a motion with the Bankruptcy Court stating that the QSF Trust was holding funds in excess of what was required to satisfy the amount to which Oetting was entitled if his claim was ever allowed and requesting that the Bankruptcy Court direct the Administrator to release the sum of $400,000.00 to SKDMV. The Motion was granted and the Administrator distributed the sum of $400,000.00 via check to David Warfield, attorney for SKDMV.

10. The Administrator continues to purchase Treasury bills with short maturity dates until such time as all appeals were exhausted and funds were ready to be distributed

11. As of January 31, 2019, the Union Bank Checking Account has a balance of $117,904.43.

12. The T-Bill Account has $3,100,000.00 invested in Treasury Bills that mature on February 28, 2019.

13. The activity in the Union Bank Checking Account for the period of December 2017 through January 2019 is as attached hereto and incorporated herein as **Exhibit A**.

14. The activity in the T-Bill Account for the period of December 2017 through January 2019 is as attached hereto and incorporated herein as **Exhibit B**.

15. During the period of September 2018 through January 2019, the QSF Trust has had interest income in the amount of $22,839.16.

16. During the period of September 2018 through January 2019, the Administrator has received compensation totaling $2,816.85.

17. During the period of September 2018 through January 2019, the QSF Trust incurred expenses other than Administrator compensation in the amount of $11,515.00

18. The Administrator's next report will be filed in August 2019 if not before depending on circumstances.

    Respectfully submitted,

    ALBIN LAW

    By: /s/ SETH A. ALBIN
    SETH A. ALBIN #46483
    7710 Carondelet Avenue, Suite 405
    Clayton, Missouri 63105
    (314) 721-8844
    (314) 240-5888 Fax
    salbin@albinlawstl.com
    *Administrator of Green Jacobson QSF Trust*