UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE GREEN JACOBSON, P.C., DEBTOR | ) |
| _____ | ) |
| | ) |
| DAVID P. OETTING, CLASS REPRESENTATIVE FOR THE NATIONSBANK CLASS, | ) ) ) |
| | ) |
| Appellant, | ) |
| | ) Case No 4:16CV1906 HEA |
| | ) |
| v. | ) |
| | ) |
| DAVID SOSNE, TRUSTEE FOR THE DEBTOR AND SKMDV HOLDINGS, INC. | ) ) |
| | ) |
| Appellees. | ) |

## ORDER

This matter is before the Court on remand from the Eighth Circuit Court of Appeals. Pursuant to the Opinion rendered by the Appellate Court on December 28, 2018, and the Mandate entered on February 13, 2019, this matter is remanded to the United States Bankruptcy Court for the Eastern District of Missouri.

Dated this 20th day of February, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE